# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GEORGE E. BAGBY,<br><br>  Plaintiff,<br><br>v.<br><br>KEITH HOOPER,<br><br>  Defendant. | No. 16-cv-686 (KM)(MAH)<br><br>ORDER |

### KEVIN MCNULTY, U.S.D.J.:

This matter comes before the Court on the Report and Recommendation ("R&R") (ECF No. 35) of the Honorable Michael A. Hammer, United States Magistrate Judge, recommending that the case be dismissed with prejudice for failure to prosecute pursuant to FED. R. CIV. P. 41(b); and no party having filed an objection to the R&R; and the Court having considered all the foregoing, reviewed *de novo* the Magistrate Judge's R&R, and particularly its application of the relevant factors under *Poulis v. State Farm Fire & Cas. Co.*, 747 F.2d 863 (3d Cir. 1984); and the Court having decided the matter without oral argument pursuant to FED. R. CIV. P. 78; and for good cause shown:

**IT IS** this 11th day of January, 2018,

**ORDERED** that Judge Hammer's Report and Recommendation (ECF No. 35) is ADOPTED, and the matter is dismissed pursuant to Fed. R. Civ. P. 41(b), with prejudice.

The Clerk shall close the file.

_____
**KEVIN MCNULTY**
**United States District Judge**